443 A.2d 389

Clark, Appellant v. Philadelphia Housing Authority.

Argued January 26, 1982. Joyce Sessoms Wilkerson, for appellant; James Maurice Deleon, for appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Affirmed.

443 A.2d 390

Commonwealth v. Baldwin, Appellant.

Submitted December 5, 1980. Charles W. Smith, for appellant; Mary M. Killinger, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., HESTER and WIEAND, JJ.

The order of the lower court is affirmed.